UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-34567 |
|---|---|
| JAMES PONCER | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4034554**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 12/ 8 | CHECK N GO & ACCESS FINANCIAL<br>7755 MONTGOMERY RD<br>STE 400<br>CINCINNATI, OH  45236 | 18.06 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/9/2010

Certificate of Service     05-34567

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| JAMES PONCER | W MARK JUMP | (8.1) |
| 268 OXFORD DR. | 2130 ARLINGTON RD | CHECK N GO & ACCESS FINANCIAL |
| FAIRBORN, OH  45324 | COLUMBUS, OH  43221 | 7755 MONTGOMERY RD |
| | | STE 400 |
| | | CINCINNATI, OH  45236 |
| (25.1n) | (23.1n) | |
| TARGET NATIONAL BANK | US DEPT OF EDUCATION | |
| % WEINSTEIN AND RILEY | DIRECT LOAN SERVICING CENTER | |
| 2001 WESTERN AVENUE STE 400 | BOX 5609 | |
| SEATTLE, WA  98121 | GREENVILLE, TX  75403 | |

Jeffrey M. Kellner BY       ___/s/ Jeffrey M. Kellner_____       sv