UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-34567 |
|---|---|
| JAMES PONCER | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4066267**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | JAMES PONCER<br>268 OXFORD DR.<br>FAIRBORN, OH  45324 | 9.94 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/11/2011

Certificate of Service     05-34567

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JAMES PONCER
268 OXFORD DR.
FAIRBORN, OH  45324

W MARK JUMP
2130 ARLINGTON RD
COLUMBUS, OH  43221

(25.1n)
TARGET NATIONAL BANK
% WEINSTEIN AND RILEY
2001 WESTERN AVENUE STE 400
SEATTLE, WA  98121

(23.1n)
US DEPT OF EDUCATION
DIRECT LOAN SERVICING CENTER
BOX 5609
GREENVILLE, TX  75403

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv